# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MARCUS T. HICKMAN,**

    Petitioner,                      CASE NO. 2:11-CV-00196
                                              JUDGE SMITH
    v.                                    MAGISTRATE JUDGE ABEL

**MICHAEL SHEETS, WARDEN,**

    Respondent.

## OPINION AND ORDER

On March 8, 2012, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

                                                      /s/ George C. Smith
                                                      GEORGE C. SMITH
                                                      United States District Judge